UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                    Case No. 20-30245
                                    Originating No. 3:20-cr-42-08

**LILLIAN LEE**

    **aka Chasitiy Smith**
    **aka Let Let**
    **aka Lele,**

       Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **LILLIAN LEE,** to answer to charges pending in another federal district, and states:

1. On **July 16, 2020,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. **Defendant is charged in that district with violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(C), 18 U.S.C § 2-Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 18 U.S.C. 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i)- Money Laundering, and Forfeiture Allegation .**

     2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

     WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                         Respectfully submitted,

                          MATTHEW J. SCHNEIDER
                          United States Attorney

                          s/Andrew Picek
                          Assistant U.S. Attorney
                          211 W. Fort Street, Suite 2001
                          Detroit, MI 48226
                          andrew.picek@usdoj.gov
                          (313) 226-9652

Dated: July 16, 2020